**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 19 2015

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 6:15CR 53 |
| | § | Judge MHS/KNM |
| STEVE BRISTER, JR. (01) | § | |
| DIANA LYNN FORD (02) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1

Violation: 21 U.S.C. § 846 (Conspiracy to possess with intent to distribute methamphetamine)

Beginning on a date unknown to the Grand Jury and continuing up to and through August 2, 2014, in the Eastern District of Texas and elsewhere, **Steve Brister, Jr.** and **Diana Lynn Ford**, the defendants charged herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to violate the laws of the United States, to-wit, Title 21, United States Code, Section 841(a)(1), prohibiting the knowing and intentional possession with intent to distribute methamphetamine, a Schedule II controlled substance,

All in violation of 21 U.S.C. § 846.

## COUNT 2

<u>Violation</u>: 21 U.S.C. § 841(a)(1) (Possession with intent to distribute methamphetamine)

On or about August 2, 2014, in the Eastern District of Texas, **Steve Brister Jr.** and **Diana Lynn Ford**, the defendants herein, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance,

All in violation of 21 U.S.C. § 841(a)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses alleged in this indictment, defendant herein, shall forfeit to the United States:

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violation(s); and

2. any of the defendants property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including, but not limited to the following:

**Cash Proceeds**
$5,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly as the result of the foregoing offenses alleged in this indictment.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

A TRUE BILL,

**REDACTED
PER PRIVACY ACT**

_8-19-2015_
DATE

FOREPERSON OF THE GRAND JURY

JOHN M. BALES
UNITED STATES ATTORNEY

_Bill Baldwin_
BILL BALDWIN
Assistant United States Attorney

Indictment – Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | NO. 6:15CR |
| STEVE BRISTER, JR. (01)<br>DIANA LYNN FORD (02) | § § § | Judge _____ |

## NOTICE OF PENALTY

### COUNT 1 & 2

Violation:  21 U.S.C. § 846

Penalty:  No more than 20 years in prison, a fine not to exceed $1,000,000, or both, and supervised release of at least 3 years.

Special Assessment:  $100.00

FID: 9878176

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>STEVE BRISTER, JR.<br>15619 SHENANDOAH SQUARE<br>BATON ROUGE, LA 70817<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.  6:15cr53-01 |

RECEIVED
2015 AUG 20 AM 3: 59
UNITED STATES MARSHAL
EASTERN DIST CT OF TEXAS

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    STEVE BRISTER, JR.                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 21 USC 846 - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
COUNT 2: 21 USC 841(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

Date:  8/19/15

*David Maland*
*Issuing officer's signature*

City and state:    TYLER, TEXAS

DAVID MALAND, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT | CASE NO. 6:15CR53-01 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 19 2015

DAVID J. MALAND, CLERK
BY_____ DEPUTY

Matter Sealed: ☐ Juvenile ☒ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Steve Brister, Jr.
Address:

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  Eastern District
DISTRICT OF TEXAS  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: William Baldwin
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (903) 590-1400

Name of Asst. U.S. Attorney (if assigned): William Baldwin

☐ Interpreter Required   Dialect:_____

Birth Date: 2/18/1974    ☒ Male ☐ Female    ☐ Alien (if applicable)

PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
DEA Special Agent Darby Hodges

Social Security Number   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

☐ person is awaiting trial in another Federal or State Court (give name of court)

DEFENDANT

Issue: ☒ Warrant ☐ Summons

Location Status:
Arrest Date_____ or Date Transferred to Federal Custody_____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Defense Counsel (if any): _____

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

Place of offense: Van Zandt   County Texas

☐ This report amends AO 257 previously submitted

OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Felony - Count 1 - 21 U.S.C. § 846 (Conspiracy to possess with intent to distribute methamphetamine)
Felony - Count 2 - 21 U.S.C. § 841(a)(1) (Possession with intent to distribute methamphetamine)